# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MEYLIN CASTRO, INDIVIDUALLY, AND ON BEHALF OF HER MINOR CHILDREN, MONICA GISSELL CASTANEDA-CASTRO, DAVID MEJIA-CASTRO, AND DYLAN SNEIJDER MEJIA-CASTRO, AND MEYLIN P. CASTRO

VERSUS

CHURCH MUTUAL INSURANCE COMPANY, FIRST UNITED METHODIST CHURCH OF DENHAM SPRINGS, ABC INSURANCE COMPANY, SUNBELT RENTALS SCAFFORD SERVICES, LLC, XYZ INSURANCE COMPANY, AND 1 PRIORITY ENVIRONMENTAL SERVICES, INC.

NO.  2022 CW 0635

**AUGUST 17, 2022**

---

In Re:    1 Priority Environmental Services, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 669445.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT